UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.                                                                                          Case No. 23-4299 [Lead]

LARRY THOMAS GREGORY,

    Defendant - Appellant

and

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.                                                                                          Case No. 23-4594

ANGELA NICOLE CHAPMAN,

    Defendant - Appellant

### MOTION TO DECONSOLIDATE CASE

Now comes Appellant Angela Nicole Chapman, by counsel, Charles T. Berry, and respectfully moves this Honorable Court to deconsolidate the two appellate cases which are captioned above. In support of this motion, Ms.

Chapman states as follows:

1. On September 25, 2023, this Court entered an Order consolidating Case No. 23-4594 and Case No. 23-4299;

2. Having reviewed transcripts and the remainder of the district court file, including the PSR, it appears certain that an Anders brief will be filed on behalf of Ms. Chapman;

3. The undersigned has been in contact with both Diana Stavroulakis, attorney for appellant Larry Thomas Gregory and A.U.S.A. Brandon Scott Flower, with regard to this motion;

4. Diana Stavroulakis, attorney for Mr. Gregory, has no objection to deconsolidation;

5. AUSA Flower has not responded.

WHEREFORE, for the reasons stated herein, Appellant Angela Chapman prays that this Honorable Court will deconsolidate her case [23-4594] from Appellant Larry Gregory's [23-4299 L].

Dated: January 16, 2024.

                                  Respectfully submitted,

                                  Angela Chapman,

                                        By Counsel

/s/ Charles T. Berry
WVSB #7273
P.O. Box 114
Kingmont, West Virginia  26578
(304) 363-3564 Phone
(304) 816-3117 FAX
cberrylaw@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was filed utilizing the CM/ECF system, which should provide an electronic copy of the filing to all counsel of record, including AUSA Brandon Scott Flower, and Diana Stavroulakis, counsel for Larry Gregory.

Dated:  January 16, 2024.

/s/ Charles T. Berry